BRODSKY & SMITH, LLC
Evan J. Smith (SBN 242352)
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Tel.: (877) 534-2590
Fax: (310) 247-0160
esmith@brodsky-smith.com

*Attorneys for Plaintiff*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Lee Mercado,<br><br>    Plaintiff,<br><br>    v.<br><br>The Men's Wearhouse, Inc.,<br><br>    Defendant. | Case No. CV 11-4500 CAS (AGRx)<br><br>**ORDER OF DISMISSAL** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice as to the named Plaintiff Lee Mercado only. Said dismissal shall not have any affect on any absent class member of the alleged putative class.

IT IS SO ORDERED.

Dated: January 18, 2012

_____
HONORABLE CYNTHIA A. SNYDER
UNITED STATES DISTRICT COURT